REDACTED

Prob 22 (Rev. 03/97)

# TRANSFER OF JURISDICTION

DOCKET NOS. (Transferring Court)
0:00CR00080-001; 0:00CR00144-001; and 0:00CR00145-001

DOCKET NO. (Receiving Court)

NAME AND ADDRESS OF *
Curtis Allen Parker

Kansas City, KS

DISTRICT
MINNESOTA

DIVISION

NAME OF SENTENCING JUDGE
Honorable Richard H. Kyle

| DATES OF SUPERVISION | FROM | TO |
|---|---|---|
| | 12/07/2003 | 12/06/2006 |

OFFENSE
Aiding and Abetting Bank Robbery; Bank Robbery; and Aiding and Abetting Bank Robbery

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MINNESOTA

IT IS HEREBY ORDERED pursuant to 18 U.S.C. §3605 the jurisdiction of the named above be transferred with the records of this Court to the United States District Court for the District of Kansas upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of may be changed by the District Court to which this transfer is made without further inquiry of this Court.

5/5/05
Date

Richard H. Kyle
United States District Judge

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

IT IS HEREBY ORDERED that jurisdiction of the above be accepted and assumed by this Court from and after the entry of this order.

5/10/05
Effective Date

John W. Lungstrum
United States District Judge

SCANNED
MAY 24 2005
U.S. DISTRICT COURT ST. PAUL